UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, and CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM, CITY OF AZUSA, CITY OF BANNING, CITY OF BURBANK, CITY OF GLENDALE, CITY OF LOS ANGELES, CITY OF PASADENA, CITY OF RIVERSIDE, CITY OF SANTA CLARA, CITY OF SEATTLE, CITY OF VERNON, EUGENE WATER AND ELECTRIC BOARD, LOS ANGELES DEPARTMENT OF WATER AND POWER, MODESTO IRRIGATION DISTRICT, NORTHERN CALIFORNIA POWER AGENCY, PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, SACRAMENTO MUNICIPAL UTILITY DISTRICT, SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, and TURLOCK IRRIGATION DISTRICT,<br><br>    Defendants.<br>_____/ | No. 2:06-cv-0559-MCE-KJM<br><br><br><br><br><br><br>**RELATED CASE ORDER** |

1

```
 1  SAN DIEGO GAS & ELECTRIC COMPANY,    No. 2:06-cv-0592-WBS-DAD
    a California Corporation,
 2
                Plaintiff,
 3
         v.
 4
    ARIZONA ELECTRIC POWER COOPERATIVE,
 5  INC., CITY OF ANAHEIM, CITY OF
    AZUSA, CITY OF BANNING, CITY OF
 6  BURBANK, CITY OF GLENDALE, CITY OF
    LOS ANGELES, LOS ANGELES DEPARTMENT
 7  OF WATER AND POWER, CITY OF
    PASADENA, CITY OF RIVERSIDE, CITY
 8  OF SANTA CLARA, CITY OF SEATTLE,
    CITY OF VERNON, EUGENE WATER AND
 9  ELECTRIC BOARD, MODESTO IRRIGATION
    DISTRICT, NORTHERN CALIFORNIA POWER
10  AGENCY, PUBLIC UTILITY NO. 2 OF
    GRANT COUNTY, SACRAMENTO MUNICIPAL
11  UTILITY DISTRICT, SAL RIVER PROJECT
    AGRICULTURAL IMPROVEMENT AND POWER
12  DISTRICT, and TURLOCK IRRIGATION
    DISTRICT,
13
                Defendants.
14  _____/
```

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///
///
///

1    The parties should be aware that relating the cases under
2 Local Rule 83-123 merely has the result that both actions are
3 assigned to the same judge; no consolidation of the action is
4 effected.  Under the regular practice of this court, related
5 cases are generally assigned to the district judge and magistrate
6 judge to whom the first filed action was assigned.
7    IT IS THEREFORE ORDERED that the action denominated 2:06-cv-
8 0592-WBS-DAD, San Diego Gas & Electric Company v. Arizona
9 Electric Power Cooperative, Inc., et al., is reassigned to Judge
10 Morrison C. England, Jr. and Kimberly J. Mueller for all further
11 proceedings, and any dates currently set in this reassigned case
12 only is hereby VACATED.  The parties are referred to the attached
13 Order Requiring Joint Status Report.  Henceforth, the caption on
14 documents filed in the reassigned case shall be shown as 2:06-cv-
15 0592-MCE-KJM.
16    IT IS FURTHER ORDERED that the Clerk of the Court make
17 appropriate adjustment in the assignment of civil cases to
18 compensate for this reassignment.
19    IT IS SO ORDERED.
20 DATED: March 27, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3