Benjamin T. Reyes, II
Geoffrey Spellberg
Kevin E. Gilbert
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: 510.808.2000
Facsimile:    510.444.1108

Attorneys for Defendants
NORTHERN CALIFORNIA POWER AGENCY &
ARIZONA ELECTRIC POWER COOPERATIVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Pacific Gas and Electric Company, Southern California Edison Company, and California Electricity Oversight Board,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Electric Power Cooperative, Inc., City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Los Angeles; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; Los Angeles Department of Water and Power; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District,<br><br>Defendants.<br>_____/ | Case No:  2:06-CV-0559-MCE-KJM<br><br>**STIPULATION EXTENDING TIME TO RESPOND ON BEHALF OF ALL DEFENDANTS AND ORDER** |

1  Comes now Plaintiff Pacific Gas and Electric Company, with authorization from all
2  plaintiffs in this action, Defendants Northern California Power Agency and Arizona
3  Electric Power Cooperative, Inc., by and through their respective attorneys of record and
4  hereby stipulate as follows:

5  As of the current time, the parties have been working diligently in an attempt to
6  enter into a Stipulation with the approval of all parties, which addresses various
7  procedural issues including setting of briefing schedules for preliminary motions as well
8  as scheduling of Rule 26 compliance.  The primary discussions pertaining to the
9  Stipulation have been undertaken by Counsel for Plaintiff Pacific Gas and Electric
10 Company and Defendants Northern California Power Agency and Arizona Electric Power
11 Cooperative, Inc., with all other parties indirectly participating in those discussions.

12 In hopes of obtaining all parties approval and participation in the procedural
13 Stipulation referenced above, plaintiffs grant a one week continuance to all defendants to
14 respond to the Complaints in the above referenced matters.

15 IT IS SO STIPULATED.

16                                             HELLER EHRMAN LLP

17 Dated:_____, 2006       By: _____/S/_____
18                                             Russell Cohen
                                                Attorneys for Plaintiff
19                                             Pacific Gas & Electric Company

20                                             MEYERS, NAVE, RIBACK, SILVER & WILSON

21

22 Dated:_____, 2006       By: _____/S/_____
                                                Geoffrey Spellberg
23                                             Attorneys for Defendants
                                                Northern California Power Agency &
24                                             Arizona Electric Power Cooperative, Inc.

25 IT IS SO ORDERED.

26 Dated: April 10, 2006

27                                             _____
28                                             MORRISON C. ENGLAND, JR
                                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com