Benjamin T. Reyes, II (SBN 165380)
Geoffrey Spellberg (SBN 121079)
Kevin E. Gilbert (SBN 209236)
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: 510.808.2000
Facsimile:    510.444.1108

Attorneys for Defendants
NORTHERN CALIFORNIA POWER AGENCY &
ARIZONA ELECTRIC POWER COOPERATIVE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Pacific Gas and Electric Company, Southern California Edison Company, and California Electricity Oversight Board,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Electric Power Cooperative, Inc., City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Los Angeles; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; Los Angeles Department of Water and Power; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District,<br><br>Defendants.<br>_____/ | Case No:  2:06-CV-0559-MCE-KJM<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND RELATED PROCEDURAL ISSUES** |

1

| | | |
|---|---|---|
| 1 | San Diego Gas & Electric Company, a California Corporation, | Case No: 2:06-CV-0592-MCE-KJM |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | Arizona Electric Power Cooperative, Inc., City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Los Angeles; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; Los Angeles Department of Water and Power; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District, | |
| | Defendants. | |
| | _____ / | |

Comes now plaintiffs and those defendants whose names appear below (the "stipulating parties"), by and through their attorneys of record and hereby stipulate and request the Court enter an order as follows:

Whereas, plaintiffs Pacific Gas and Electric Company, Southern California Edison Company, and California Electricity Oversight Board filed a complaint on or about March 16, 2006 against defendants regarding questions of fact and law pertaining to pricing disputes as to the buying and selling of electrical power in the California market; and

Whereas, a similar complaint has also been filed by San Diego Gas & Electric Company bearing case number 2:06-CV-00592 against the same defendants, which is currently pending in the United States District Court Eastern District; and

Whereas, both litigations raise many similar questions of law and fact and involve virtually the same parties, with the exception of plaintiffs; and

Whereas, on March 28, 2006 the Court filed an Order finding the cases related within the meaning of Local Rule 83-123(a);

PDF created with pdfFactory trial version www.pdffactory.com

Whereas, plaintiffs have previously stipulated to a one week continuance for all defendants to respond to the Complaint while the parties continued to negotiate this stipulation; and

Whereas, the stipulating parties are desirous of attempting to set forth a briefing schedule as well as propose stipulations pertaining to various procedural matters in hopes of promoting judicial efficiency and assuring efficient use of resources in furthering these litigations.

Therefore, the stipulating parties hereby stipulate and request the Court enter an order pursuant to Local Rule 6-144 as follows:

1.   In order to allow the stipulating parties an opportunity to consolidate the briefings and legal arguments as well as promote judicial efficiency, the time to respond to the complaint shall be further extended so as to allow the stipulating parties to address the pending disputes pertaining to both jurisdictional issues and the adequacy of the pleadings at issue herein, as set forth in more detail herein below in the briefing schedule.

2.   Any motions to challenge jurisdiction (including without limitation personal jurisdiction, subject matter jurisdiction, improper venue or inconvenient forum) or under Rule 12 (including without limitation, Motions to Dismiss) shall be submitted for hearing pursuant to the briefing schedules set forth herein below.

3.   The provisions herein shall not be deemed to restrict or prejudice any stipulating party's rights, claims, defenses or obligations as otherwise applicable, and no stipulating party's entry into this stipulation shall be deemed to constitute a waiver by that stipulating party of any argument or objection that party has or might have, including but not limited to those based on ripeness, standing, jurisdiction, venue, or service of process.

4.   The Rule 26(f) conference and all related obligations are to be postponed until 60 days following the hearing on the above-referenced motions, or to a later date to be negotiated by counsel and approved by the Court.

PDF created with pdfFactory trial version www.pdffactory.com

5.  The briefing schedule for any preliminary motions, inclusive of any motions under Rule 12 of the FRCP, shall be as follows:

    a.  Personal Jurisdiction Motions (Rule 12(b)(2)):

- Identification of parties moving to contest personal jurisdiction by April 12, 2006;
- Opening Briefs to be served May 5, 2006;
- Opposition Briefs to be served June 16, 2006;
- Reply Briefs to be served July 7, 2006;

    b.  All Other Rule 12 Motions (other than Rule 12(b)(2)):

- Opening Briefs and/or Joinders and Supplemental Briefs to be served May 26, 2006;
- Opposition Briefs to be served June 30, 2006;
- Reply Briefs to be served July 21, 2006.

6.  Any stipulating party bringing motions under both paragraphs 5.a. and 5.b. shall file its motions at the time prescribed by paragraph 5.a, but may file its briefs and other papers in support of its non-Rule 12(b)(2) motions at the time prescribed by this briefing schedule, notwithstanding the provisions of Local Rule 78-230.

7.  Plaintiffs reserve the right to seek additional time for their opposition briefs following service of the motions, depending upon the number of motions submitted and/or the nature of the issues raised therein.  Defendants reserve the right to seek additional time for their reply briefs following service of the opposition briefs.

8.  Hearing on these matters shall be August 14, 2006 before the Honorable Morrison C. England, Jr. or as otherwise ordered by the Court.

IT IS SO STIPULATED.

                                        HELLER EHRMAN LLP

Dated: April 10, 2006              By: _____/s/_____
                                        Marie L. Fiala
                                        Attorneys for Plaintiff
                                        Pacific Gas & Electric Company

PDF created with pdfFactory trial version www.pdffactory.com

STEPTOE & JOHNSON LLP

Dated: April 10, 2006        By: _____/s/_____
                                 Lawrence P. Riff
                                 Attorneys for Plaintiff
                                 Southern California Edison Company

Dated: April 10, 2006        By: _____/s/_____
                                 Steven Russo
                                 Attorneys for Plaintiff
                                 California Electricity Oversight Board

HENNIGAN, BENNET & DORMAN LLP

Dated: April 10, 2006        By: _____/s/_____
                                 Laura Lindgren
                                 Attorneys for Plaintiff
                                 San Diego Gas & Electric Company

MEYERS, NAVE, RIBACK, SILVER & WILSON

Dated: April 11, 2006        By: _____/s/_____
                                 Geoffrey Spellberg
                                 Attorneys for Defendants
                                 Northern California Power Agency &
                                 Arizona Electric Power Cooperative, Inc.

Dated: April 7, 2006         By: _____/s/_____
                                 Attorney for Defendant
                                 City of Anaheim

Dated: April 10, 2006        By: _____/s/_____
                                 Attorney for Defendant
                                 City of Azusa

Dated: April 10, 2006        By: _____/s/_____
                                 Attorney for Defendant
                                 City of Banning

Dated: April 10, 2006        By: _____/s/_____

PDF created with pdfFactory trial version www.pdffactory.com

```
                                        Attorney for Defendant
                                        City of Burbank


Dated: April 10, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        City of Glendale


Dated:  April 11, 2006           By: _____/s/_____
                                        Attorney for Defendant
                                        City of Los Angeles


Dated: April 11, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        Los Angeles Department of Water and Power


Dated: April 10, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        City of Pasadena


Dated: April 10, 2006             By: _____/s/_____
                                        Attorney for Defendant
                                        City of Riverside


Dated: April 10, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        City of Santa Clara


Dated: April 10, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        City of Seattle, Washington


Dated: April 9, 2006             By: _____/s/_____
                                        Attorney for Defendant
                                        City of Vernon, California


Dated: April 10, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        Eugene Water and Electric Board


Dated: April 10, 2006            By: _____/s/_____
                                        Attorney for Defendant
                                        Modesto Irrigation District
```

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: April 10, 2006 | By: | _____/s/_____ |
| | | Attorney for Defendant |
| | | Public Utility No. 2 of Grant County |
| Dated: April 8, 2006 | By: | _____/s/_____ |
| | | Attorney for Defendant |
| | | Sacramento Municipal Utility District |
| Dated: April 10, 2006 | By: | _____/s/_____ |
| | | Attorney for Defendant |
| | | Salt River Project Agricultural |
| | | Improvement and Power District |
| Dated: April 10, 2006 | By: | _____/s/_____ |
| | | Attorney for Defendant |
| | | Turlock Irrigation District |

THE COURT HEREBY ADOPTS THE STIPULATION OF THE PARTIES AS AN ORDER OF THE COURT WITH THE EXCEPTION THAT THE HEARING ON THIS MATTER IS SET FOR AUGUST 21, 2006 AT 9:00 A.M. IN COURTROOM 3.

Dated: April 12, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

7

PDF created with pdfFactory trial version www.pdffactory.com