CARLA S. RHODEN, CA State Bar No. 223743
Email address: crhoden@chbh.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176

Attorneys for Defendant Eugene Water & Electric Board

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, and CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br>v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL; UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; AND TURLOCK IRRIGATION DISTRICT,<br><br>Defendants. | No.  2:06-cv-0559-MCE-KJM<br><br><br><br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT EUGENE WATER & ELECTRIC BOARD TO FILE RULE 12(B)(2) MOTION |

| | |
|---|---|
| SAN DIEGO GAS & ELECTRIC COMPANY, a California Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM, CITY OF AZUSA, CITY OF BANNING, CITY OF BURBANK, CITY OF GLENDALE, CITY OF LOS ANGELES, LOS ANGELES DEPARTMENT OF WATER AND POWER, CITY OF PASADENA, CITY OF RIVERSIDE, CITY OF SANTA CLARA, CITY OF SEATTLE, CITY OF VERNON, EUGENE WATER AND ELECTRIC BOARD, MODESTO IRRIGATION DISTRICT, NORTHERN CALIFORNIA POWER AGENCY, PUBLIC UTILITY NO. 2 OF GRANT COUNTY, SACRAMENTO MUNICIPAL UTILITY DISTRICT, SAL RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT, and TURLOCK IRRIGATION DISTRICT,<br><br>        Defendants. | Related Case<br>No. 2:06-cv-0592-MCE-KJM |

       COMES NOW Plaintiffs and Defendant Eugene Water & Electric Board ("EWEB"), by and through their attorneys of record, hereby stipulate and request the Court enter an Order as follows: Extending the time for EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and any related opposition and reply briefs.

       On April 5, 2006 the parties to these actions filed a Stipulation and [Proposed] Order continuing the time for the defendants to respond by one week. On April 10, 2006, this Court adopted the April 5, 2006 Stipulation as the Court's Order. On April 11, 2006 the parties filed a Stipulation and [Proposed] Order setting a schedule for, among other things, EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Procedure 12(b)(2) and any related opposition and reply briefs.

///

///

///

The Court entered an Order pursuant to a stipulation dated April 12, 2006 setting a due date of May 5, 2006 for EWEB's Opening Brief, June 16, 2006 for Opposition Briefs and July 7, 2006 for Reply Brief in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-MCE-KJM. On May 9, 2006, the Court entered an Order, pursuant to a stipulation dated May 3, 2006, setting a due date of May 15, 2006 for EWEB's Opening Brief, June 26, 2006 for Opposition Briefs and July 17, 2006 for Reply Brief in related case numbers 2:06:CV-00599-MCE-KJM and 2:06:CV-00592-MCE-KJM.

In light of ongoing settlement discussions, all of the Plaintiffs and EWEB hereby stipulate and respectfully request that the Court enter an Order extending the deadlines as follows: EWEB's Opening Brief to be served May 26, 2006; Opposition Briefs to be served July 7, 2006; and Reply Brief to be served July 28, 2006.

IT IS SO STIPULATED:

CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP

Dated: May 11, 2006

/s/ Carla S. Rhoden (as authorized on May 10, 2006)
CARLA S. RHODEN, CA State Bar No. 223742
Attorney for Defendant Eugene Water & Electric Board

HELLER EHRMAN LLP

Dated: May 11, 2006

/s/ Russell Cohen
Marie L. Fiala
Russell Cohen
Attorney for Plaintiff Pacific Gas & Electric Co.

STEPTOE & JOHNSON LLP

Dated: May 11, 2006

/s/ Lawrence P. Riff (as authorized on May 10, 2006)
Lawrence P. Riff
Attorneys for Plaintiff Southern California Edison Co.

|   |   |
|---|---|
|   | CALIFORNIA ELECTRICITY OVERSIGHT BOARD |
| Dated: May 11, 2006 | /s/ Steven Russo (as authorized on May 10, 2006)<br>Steven Russo<br>Attorney for Plaintiff California Electricity Oversight Board |
|   | HENNIGAN, BENNET & DORMAN LLP |
| Dated: May 11, 2006 | /s/ Laura Lindgren (as authorized on May 10, 2006)<br>Laura Lindgren<br>Attorneys for Plaintiff San Diego Gas & Electric Board |

IT IS HEREBY ORDERED that the deadlines for EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Procedure 12(b)(2) and any related opposition and reply briefs are extended as follows:  EWEB's Opening Brief to be served May 26, 2006; Opposition Briefs to be served July 7, 2006; and Reply Brief to be served July 28, 2006.

DATED:  May 18, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE