IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC GAS AND ELECTRIC CO., et al.,

    Plaintiffs,   No. CIV S-06-0559 MCE KJM

    vs.

ARIZONA ELECTRIC POWER COOPERATIVE, et al.   ORDER
    Defendants.

_____/

and related action _____/   No. CIV S-06-0592 MCE KJM

    Plaintiff's motion for leave to conduct discovery came on regularly for hearing May 24, 2006. Russell Cohen and Cecilia Chan appeared for plaintiff PG&E. Robert Mockler appeared for plaintiff SDG&E. Peter McAllen appeared for defendant Grant County. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

    Plaintiffs are granted leave to conduct limited discovery. Plaintiffs may propound the proposed first set of requests for production of documents (Exhibit 3 to Cohen Decl.). Defendant Grant has stipulated that documents produced in the FERC proceedings may be used in this litigation and has agreed to produce by June 5, 2006 the documents as set forth in the joint

1

discovery statement filed May 22, 2006 (docket no. 74).

In responding to request for production, no. 1,[1] defendant Grant need not separate responsive documents by the state of origin of the purchaser but may produce documents pertaining to sales of wholesale electric energy as they are maintained in the normal course of business. Any documents produced in response to request for production, no. 1, shall be used solely for purposes of this litigation and are subject to attorneys' eyes only review based on this order.

DATED: May 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
pge.oah

---

[1] Grant's position that no discovery has yet been propounded and thus no order compelling production can be granted is well taken. However, given the briefing schedule on defendant Grant's motion to dismiss and the full briefing on the instant discovery dispute, the court has construed the motion for leave to conduct discovery as including a motion for order shortening time on a motion to compel. Any objections by defendant Grant to producing documents as described in this order shall be filed within five days of the order's filing.