UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PACIFIC GAS AND ELECTRIC COMPANY,          No. 06-cv-0559-MCE-KJM
SOUTHERN CALIFORNIA EDISON
COMPANY, CALIFORNIA ELECTRICITY
OVERSIGHT BOARD,

          Plaintiffs,

     v.                                    **ORDER**

ARIZONA ELECTRIC POWER
COOPERATIVE; CITY OF ANAHEIM;
CITY OF AZUSA; CITY OF BANNING;
CITY OF BURBANK; CITY OF
GLENDALE; CITY OF LOS ANGELES;
CITY OF PASADENA; CITY OF
RIVERSIDE; CITY OF SANTA CLARA;
CITY OF SEATTLE; CITY OF VERNON;
EUGENE WATER AND ELECTRIC BOARD;
LOS ANGELES DEPARTMENT OF WATER
AND POWER; MODESTO IRRIGATION
DISTRICT; NORTHERN CALIFORNIA
POWER AGENCY; PUBLIC UTILITY
DISTRICT NO. 2 OF GRANT COUNTY;
SACRAMENTO MUNICIPAL UTILITY
DISTRICT; SALT RIVER PROJECT
AGRICULTURAL IMPROVEMENT AND
POWER DISTRICT; and
TURLOCK IRRIGATION DISTRICT,

          Defendants.

///

///

1

1  SAN DIEGO GAS & ELECTRIC COMPANY,        No. 2:06-cv-0592-MCE-KJM
   a California corporation,

2

3               Plaintiff,

4        v.

   ARIZONA ELECTRIC POWER
5  COOPERATIVE; CITY OF ANAHEIM,
   CALIFORNIA; CITY OF AZUSA;
6  CITY OF BANNING, CALIFORNIA;
   CITY OF BURBANK, CALIFORNIA;
7  CITY OF GLENDALE, CALIFORNIA;
   CITY OF LOS ANGELES, CALIFORNIA;
8  CITY OF PASADENA, CALIFORNIA;
   CITY OF RIVERSIDE, CALIFORNIA;
9  CITY OF SANTA CLARA, CALIFORNIA;
   CITY OF SEATTLE, WASHINGTON;
10 CITY OF VERNON, CALIFORNIA;
   EUGENE WATER AND ELECTRIC BOARD;
11 LOS ANGELES DEPARTMENT OF WATER
   AND POWER; MODESTO IRRIGATION
12 DISTRICT; NORTHERN CALIFORNIA
   POWER AGENCY; PUBLIC UTILITY
13 DISTRICT NO. 2 OF GRANT COUNTY;
   SACRAMENTO MUNICIPAL UTILITY
14 DISTRICT; SALT RIVER PROJECT
   AGRICULTURAL IMPROVEMENT AND
15 POWER DISTRICT; and
   TURLOCK IRRIGATION DISTRICT,

16
                Defendants.

17

18                    ----oo0oo----

19

20      Plaintiffs in these related cases have filed an Ex Parte

21 Application requesting that the Court reschedule the hearing on

22 identical motions, filed in both cases, by Defendant Public

23 Utility District No. 2 of Grant County ("Defendant Grant") to

24 dismiss, transfer, or, in the alternative, to stay the instant

25 proceedings as against Defendant Grant.

26 ///

27 ///

28 ///

                              2

1    Having assessed the constraints of its own schedule, and

2  following review of said Ex Parte Application as well as

3  Defendant Grant's Opposition thereto, the Court finds that

4  interests of judicial economy mandate that all preliminary

5  motions in this matter, including the motions that are the

6  subject of the application now before the Court, be heard

7  simultaneously on August 21, 2006.  Plaintiffs' Ex Parte

8  Application is accordingly GRANTED.  The hearings on Defendant

9  Grant's Motions to Dismiss, Transfer, or, in the Alternative,

10  Stay Proceedings are hereby continued to August 21, 2006 in both

11  of these related cases.

12

13    IT IS SO ORDERED.

14

15  DATED: June 1, 2006

16

17

18  _____
                    MORRISON C. ENGLAND, JR
19                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

3