MARIE L. FIALA (CA BAR NO. 79676)
RUSSELL P. COHEN (CA BAR NO. 213105)
CECILIA Y. CHAN (CA BAR NO. 240971)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
marie.fiala@hellerehrman.com
russell.cohen@hellerehrman.com
cecilia.chan@hellerehrman.com

Attorneys for Plaintiff
PACIFIC GAS & ELECTRIC COMPANY

[ADDITIONAL PARTIES AND COUNSEL SHOWN ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Pacific Gas and Electric Company, Southern California Edison Company, and California Electricity Oversight Board,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Electric Power Cooperative; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Los Angeles; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; Los Angeles Department of Water and Power; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District,<br><br>Defendants. | Case No.:  2:06-CV-0559-MCE-KJM<br><br>Related Case:<br>Case No. 2:06-CV-0592-MCE-KJM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER EXTENDING BRIEFING SCHEDULE AND RESCHEDULING HEARING**<br><br>The Honorable Morrison C. England, Jr.<br><br>Hearing Date:  None set<br><br>[*Ex Parte* Application; Declaration of Russell P. Cohen filed concurrently.] |

| | |
|---|---|
| San Diego Gas & Electric Company, | Case No.: 2:06-CV-00592-MCE-KJM |
| Plaintiff, | |
| v. | |
| Arizona Electric Power Cooperative; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Los Angeles; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; Los Angeles Department of Water and Power; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District, | |
| Defendants. | |

On June 15, 2006, plaintiffs Pacific Gas and Electric Company, Southern California Edison Company, California Electricity Oversight Board, and San Diego Gas & Electric Company filed an *ex parte* application requesting that the Court extend the briefing schedule and reschedule the hearing set forth in the Stipulation and Order Setting Briefing Schedule and Related Procedural Issues ("Briefing Order") (docket no. 45).  Having considered the *ex parte* application and supporting declaration, and good cause appearing therefore, plaintiffs' *ex parte* application is hereby GRANTED.

IT IS HEREBY ORDERED that and the Briefing Order is amended as follows:

1. Remaining briefing on the motions brought under Federal Rule of Civil Procedure ("FRCP") 12(b)(1) and the Motion to Dismiss, Transfer, or, in the Alternative, Stay Proceedings brought by defendant Public Utility District No. 2 of Grant County ("Grant County's Motion to Dismiss"), to be conducted according to the following schedule:

   - Opposition briefs to be filed and served August 4, 2006; and
   - Reply briefs to be filed and served September 15, 2006.

2. Hearing on the Rule 12(b)(1) motions and Grant County's Motion to Dismiss to be rescheduled to the same time as the other preliminary motions and specially set for October 24, 2006 at 2:00 p.m.

IT IS SO ORDERED.

DATED:  June 22, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE