CARLA S. RHODEN, CA State Bar No. 223743
Email address: crhoden@chbh.com
CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP
1001 SW Fifth Avenue, Suite 2000
Portland, OR  97204-1136
Telephone:  (503) 224-3092
Facsimile:   (503) 224-3176

Attorneys for Defendant Eugene Water & Electric Board

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, *et al.*,<br><br>          Plaintiffs,<br>     v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>          Defendants. | Civil No. 2:06-cv-0559-MCE-KJM<br><br>Civil No. 2:06-cv-0592-MCE-KJM<br><br>STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANT EUGENE WATER & ELECTRIC BOARD TO FILE RULE 12(b)(2) AND ANY OTHER RULE 12 MOTIONS AND REQUESTING SPECIAL SETTING FOR HEARING |
| SAN DIEGO GAS & ELECTRIC COMPANY, a California Corporation,<br><br>          Plaintiff,<br>     v.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., *et al.*,<br><br>          Defendants. | |

Page  1 – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT EWEB TO FILE RULE 12(b)(2) MOTION AND ANY OTHER RULE 12 MOTIONS AND REQUESTING SPECIAL SETTING FOR HEARING

COMES NOW Plaintiffs and Defendant Eugene Water & Electric Board ("EWEB"), by and through their attorneys of record, hereby stipulate and request the Court enter an Order as follows: Extending the time for EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) and all other Rule 12 motions, and to correspondingly set the dates for filing and serving any related opposition and reply briefs pursuant to the schedule set forth below, pending a tentative settlement between Plantiffs and EWEB and to allow the parties additional time to finalize and document this tentative settlement.

On April 5, 2006, the parties to these actions filed a Stipulation and [Proposed] Order continuing the time for the defendants to respond by one week. On April 10, 2006, this Court adopted the April 5, 2006 Stipulation as the Court's Order. On April 11, 2006 the parties filed a Stipulation and [Proposed] Order setting a schedule for, among other things: (i) EWEB to file a motion challenging personal jurisdiction pursuant to Federal Rule of Procedure 12(b)(2) ("Rule 12(b)(2)") and any related opposition and reply briefs and (ii) EWEB to file all other Federal Rule of Civil Procedure 12 ("Rule 12") motions and any related opposition and reply briefs. The Court entered an April 12, 2006, Order pursuant to this stipulation, setting a due date of May 5, 2006 for EWEB's Rule 12(b)(2) Opening Brief, June 16, 2006 for Opposition Briefs and July 7, 2006 for Reply Brief in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM. In that same Order, the Court set a due date of May 26, 2006 for EWEB to file all other Rule 12 Opening Briefs, June 30, 2006 for Opposition Briefs and July 21, 2006 for Reply Brief in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On May 9, 2006, the Court entered an Order, pursuant to a stipulation dated May 3, 2006, setting a due date of May 15, 2006 for EWEB's Rule 12(b)(2) Opening Brief, June 26, 2006 for Opposition Briefs and July 17, 2006 for Reply Brief in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On May 19, 2006, the Court entered an Order, pursuant to a stipulation dated May 11, 2006, extending the due date until May 26, 2006 for EWEB's Rule 12(b)(2) Opening Brief, July 7, 2006 for Opposition Briefs and July 28, 2006 for Reply Brief in related case numbers 2:06:CV-00559-

Page  2 – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT EWEB TO FILE RULE 12(b)(2) MOTION AND ANY OTHER RULE 12 MOTIONS AND REQUESTING SPECIAL SETTING FOR HEARING

MCE-KJM and 2:06:CV-00592-MCE-KJM.

On June 1, 2006, the Court entered an Order, pursuant to a stipulation dated May 24, 2006, extending the due date until June 5, 2006 for EWEB's Opening Briefs on its Rule 12(b)(2) and all other Rule 12 motions, July 17, 2006 for Opposition Briefs, and August 7, 2006 for Reply Briefs in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

On June 8, 2006, the Court entered an Order, pursuant to a stipulation dated June 2, 2006, extending the due date until June 16, 2006 for EWEB's Opening Briefs on its Rule 12(b)(2) and all other Rule 12 motions, July 27, 2006 for Opposition Briefs, and August 17, 2006 for Reply Briefs in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

In light of ongoing settlement discussions, all of the Plaintiffs and EWEB hereby stipulate and respectfully request that the Court enter an Order extending the deadlines as follows: EWEB's Rule 12(b)(2) and all other Rule 12 Opening Briefs to be filed and served July 7, 2006; Opposition Briefs to be filed and served August 4, 2006; and Reply Briefs to be filed and served September 15, 2006 in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM. Hearing on all of the above-referenced motions should be rescheduled and specially set for October 24, 2006 at 2:00 p.m.

IT IS SO STIPULATED:

CABLE HUSTON BENEDICT HAAGENSEN
& LLOYD LLP

Dated: June 15, 2006    /s/ Carla S. Rhoden (as authorized 6/14/06)
CARLA S. RHODEN, CA State Bar No. 223742
Attorney for Defendant Eugene Water &
Electric Board


HELLER EHRMAN LLP

Dated: June 15, 2006    /s/ Russell Cohen
Marie L. Fiala
Russell Cohen
Attorney for Plaintiff Pacific Gas & Electric Co.

Page 3 – STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT EWEB TO FILE RULE 12(b)(2) MOTION AND ANY OTHER RULE 12 MOTIONS AND REQUESTING SPECIAL SETTING FOR HEARING

|   |   |
|---|---|
|   | STEPTOE & JOHNSON LLP |
| Dated: June 15, 2006 | /s/ Lawrence P. Riff (as authorized 6/15/06)<br>Lawrence P. Riff<br>Attorneys for Plaintiff Southern California Edison Co. |
|   | CALIFORNIA ELECTRICITY OVERSIGHT BOARD |
| Dated: June 15, 2006 | /s/ Steven Russo (as authorized 6/15/06)<br>Steven Russo<br>Attorney for Plaintiff California Electricity Oversight Board |
|   | HENNIGAN, BENNET & DORMAN LLP |
| Dated: June 15, 2006 | /s/ Laura Lindgren (as authorized 6/14/06)<br>Laura Lindgren<br>Attorneys for Plaintiff San Diego Gas & Electric Board |

IT IS HEREBY ORDERED that the deadlines for EWEB to file Rule 12(b)(2) and all other Rule 12 opening briefs and any related opposition and reply briefs are extended as follows: EWEB's Opening Briefs to be filed and served July 7, 2006; Opposition Briefs to be filed and served August 4, 2006; and Reply Briefs to be filed and served September 15, 2006 in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.  Hearing on all of the above-referenced motions should be rescheduled and specially set for October 24, 2006 at 2:00 p.m.

DATED: June 26, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE