**KIRKPATRICK & LOCKHART**
**NICHOLSON GRAHAM LLP**
10100 Santa Monica Boulevard
7th Floor
Los Angeles, California  90067
Telephone: 310.552.5000
Facsimile: 310.552.5001

Dennis M.P. Ehling (SBN 168892)
Ashley J. Camron (SBN 216295)

Attorneys for Defendant
CITY OF VERNON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC GAS AND ELECTRIC COMPANY, SOUTHERN CALIFORNIA EDISON COMPANY, AND CALIFORNIA ELECTRICITY OVERSIGHT BOARD,<br><br>Plaintiffs,<br><br>vs.<br><br>ARIZONA ELECTRIC POWER COOPERATIVE, INC., CITY OF ANAHEIM; CITY OF AZUSA; CITY OF BANNING; CITY OF BURBANK; CITY OF GLENDALE; CITY OF LOS ANGELES; CITY OF PASADENA; CITY OF RIVERSIDE; CITY OF SANTA CLARA; CITY OF SEATTLE; CITY OF VERNON; EUGENE WATER AND ELECTRIC BOARD; LOS ANGELES DEPARTMENT OF WATER AND POWER; MODESTO IRRIGATION DISTRICT; NORTHERN CALIFORNIA POWER AGENCY; PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY; SACRAMENTO MUNICIPAL UTILITY DISTRICT; SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT; AND TURLOCK IRRIGATION DISTRICT,<br><br>Defendants. | Case No. 02:06-CV-0559 MCE-KJM<br>Case No. 02:06-CV-0592 MCE-KJM<br><br>[Assigned to Honorable Morrison England, Jr.]<br><br>STIPULATION REGARDING BRIEFING SCHEDULE AND REQUESTING SPECIAL SETTING FOR HEARING; ORDER AMENDING BRIEFING SCHEDULE AND RESCHEDULING HEARING<br><br>Discovery Cut-Off:        None Set<br>Trial Date:                   None Set |

SAN DIEGO GAS & ELECTRIC
CORPORATION,

     Plaintiff,

  vs.

ARIZONA ELECTRIC POWER
COOPERATIVE, INC., CITY OF ANAHEIM;
CITY OF AZUSA; CITY OF BANNING; CITY
OF BURBANK; CITY OF GLENDALE; CITY
OF LOS ANGELES; CITY OF PASADENA;
CITY OF RIVERSIDE; CITY OF SANTA
CLARA; CITY OF SEATTLE; CITY OF
VERNON; EUGENE WATER AND ELECTRIC
BOARD; LOS ANGELES DEPARTMENT OF
WATER AND POWER; MODESTO
IRRIGATION DISTRICT; NORTHERN
CALIFORNIA POWER AGENCY; PUBLIC
UTILITY DISTRICT NO. 2 OF GRANT
COUNTY; SACRAMENTO MUNICIPAL
UTILITY DISTRICT; SALT RIVER PROJECT
AGRICULTURAL IMPROVEMENT AND
POWER DISTRICT; AND TURLOCK
IRRIGATION DISTRICT,

     Defendants.

WHEREAS, on March 13, 2006, Plaintiffs Pacific Gas and Electric Company ("PG&E"), Southern California Edison Company ("SCE"), and the California Electricity Oversight Board ("CEOB") filed their Complaint against the Defendants in these related actions;

WHEREAS, on March 21, 2006, Plaintiff San Diego Gas & Electric Company ("SDG&E") filed its Complaint against the Defendants in these related actions;

WHEREAS, pursuant to a Stipulation and Order Setting Briefing Schedule and Related Procedural Issues filed on April 13, 2006 (docket no. 45)[1] ("Briefing Order"), the parties agreed to a briefing schedule for challenges to the Plaintiffs' Complaints;

WHEREAS, ¶ 8 of the Briefing Order provides that all preliminary motions are scheduled to be heard on August 21, 2006;

---

[1]  The docket numbers used herein refer to the docket numbers in Case No. 02:06-CV-00559 MCE-KJM.

WHEREAS, on May 5, 2006 Defendant Public Utility District No. 2 of Grant County ("Grant") noticed a Motion to Dismiss under Fed.R.Civ.P. 12(b)(6) (without filing the Memorandum of Points and Authorities or other supporting documents) (docket no. 59), and filed a separate Motion to Dismiss for Lack of Personal Jurisdiction (docket no. 60) (the "Grant Personal Jurisdiction Motion"), and a Motion to Dismiss, Transfer, or in the Alternative, Stay Proceedings (the "Grant Stay Motion"), all of which are currently set for hearing on August 21, 2006;

WHEREAS, pursuant to the schedule set forth in the Briefing Order, on May 26, 2006, seventeen Defendants filed Memoranda of Points and Authorities and supporting documents in support of eleven Motions to Dismiss under Fed.R.Civ.P. 12(b)(6) and/or other non-jurisdictional grounds (docket nos. 111-112, 115-122, 124-130, 132-137, 139-141, 144-164), all of which are currently set for hearing on August 21, 2006;[2]

WHEREAS, pursuant to the schedule set forth in the Briefing Order, on May 26, 2006, four of the Defendants also filed a total of three Motions to Dismiss under Fed.R.Civ.P. 12(b)(1) (docket nos. 111, 116 and 142) (the "Subject Matter Jurisdiction Motions"), all of which are currently set for hearing on August 21, 2006;[3]

WHEREAS, Plaintiffs and Eugene Water & Electric Board ("EWEB") have entered into several stipulations extending time for EWEB to respond to the Plaintiffs' Complaints (dockets nos. 68, 96 and 174) (the "EWEB Stipulations");

WHEREAS, an extension of time on the briefing schedule is expressly provided for in the Briefing Order. Specifically, ¶ 7 of the Briefing Order provides that "Plaintiffs reserve the right to

---

[2]    The Defendants filing Rule 12(b)(6) Motions include:  City of Vernon, City of Pasadena, City of Glendale, Turlock Irrigation District, City of Anaheim, City of Azusa, City of Banning, City of Riverside, Sacramento Municipal Utility District, City of Burbank, Modesto Irrigation District, City of Santa Clara, City of Los Angeles, Los Angeles Department of Water & Power, Northern California Power Agency, Arizona Electric Power Cooperative, Inc. and Grant.  As noted above, Grant noticed its 12(b)(6) Motion on May 5, 2006 and filed the supporting Memorandum of Points and Authorities and other supporting documents on May 26, 2006.

[3]    The Defendants filing the Subject Matter Jurisdiction Motions are:  Turlock Irrigation District, City of Burbank and City of Los Angeles / Los Angeles Department of Water & Power.  Grant has joined the Subject Matter Jurisdiction Motion filed by the City of Burbank.

3

1    seek additional time for their opposition briefs following service of the motions, depending upon the

2    number of motions submitted and/or the nature of the issues raised therein."

3              WHEREAS, the Plaintiffs are of the belief that additional time beyond that provided in the

4    Briefing Order is needed for Plaintiffs to respond efficiently and effectively to defendants' motions,

5    which raise numerous and complex legal challenges to the complaint, and to consolidate and

6    streamline their responses to the Rule 12(b)(6) Motions;

7              WHEREAS, the undersigned Defendants do not object to amending the Briefing Order to

8    allow the Plaintiffs additional time to respond to the Rule 12(b)(6) Motions, provided that the

9    Defendants are also allowed additional time to prepare and file their Replies in support of said

10   Motions;

11             WHEREAS, Plaintiffs and Defendants further agree to reschedule the hearing for the Rule

12   12(b)(6) Motions to accommodate such an extension.

13             WHEREAS, Plaintiffs and Defendant Grant further agree that the hearing on the Grant

14   Personal Jurisdiction Motion should be held on the same date as the Rule 12(b)(6) Motions, as set

15   forth below;

16             WHEREAS, because of the number of parties and the motions brought and the complexity of

17   the matters at issue, Plaintiffs and Defendants request a specially-set hearing date on October 24,

18   2006 at 2:00 p.m.

19             WHEREAS, Plaintiffs and EWEB are in agreement that, should EWEB file any Motions to

20   Dismiss in this action pursuant to the schedule set forth in the EWEB Stipulations, it would be

21   appropriate for such motions to be heard, consistent with the schedule set forth below, on October 24,

22   2006;

23             WHEREAS, the Parties agree that this Stipulation and [Proposed] Order does not address the

24   schedule for briefing of and hearing on the Subject Matter Jurisdiction Motions (which are currently

25   set for hearing on August 21, 2006), which schedule may be the subject of a further Application or

26   Motion by one or more of the Parties; and

27             WHEREAS, the Parties agree that this Stipulation and [Proposed] Order does not address the

28   schedule for briefing of the Grant Personal Jurisdiction Motion, nor the schedule for briefing of and

hearing on the Grant Stay Motion (which is currently set for hearing on August 21, 2006), which schedules may be the subject of further stipulations or applications by one or more of the Parties.

### STIPULATION

NOW THEREFORE, the Parties listed below hereby stipulate and request that the Court amend the Briefing Order as follows:

1.      Remaining briefing on the Rule 12(b)(6) Motions should be conducted according to the following schedule:

- •      Opposition briefs to be filed and served August 4, 2006; and
- •      Reply briefs to be filed and served September 15, 2006.

2.      Hearing on the Grant Personal Jurisdiction Motion and the Rule 12 (b)(6) Motions should be rescheduled and specially set for October 24, 2006 at 2:00 p.m.

3.      This Stipulation does not address the schedule for briefing of or hearing on the Subject Matter Jurisdiction Motions, and Plaintiffs, Turlock Irrigation District, City of Burbank, City of Los Angeles and Los Angeles Department of Water & Power each expressly reserve any and all arguments regarding the appropriate scheduling for briefing and hearing on said Subject Matter Jurisdiction Motions.

4.      This Stipulation does not address the schedule for briefing of or hearing on the Grant Stay Motion, nor the schedule for briefing of the Grant Personal Jurisdiction Motion.  Plaintiffs and Grant each expressly reserve any and all arguments regarding said schedules.

5.      This Stipulation does not address the schedule for briefing of any Rule 12 motions that may be brought by EWEB.  The briefing for all such motions shall be established under separate Stipulation.

1    IT IS SO STIPULATED.

2
                                        KARNS & KARABIAN
3                                       Jeffrey A. Harrison

4                                       KIRKPATRICK & LOCKHART
                                        NICHOLSON GRAHAM LLP
5

6    Dated:  June 14, 2006         By:   /s/  Dennis M. P. Ehling
7                                        Dennis M.P. Ehling
                                         Ashley J. Camron
8                                        Attorneys for CITY OF VERNON

9                                       MEYERS, NAVE, RIBACK, SILVER &
                                        WILSON
10

11   Dated:  June 14, 2006         By:   /s/  Geoffrey Spellberg  (as authorized June
                                         14, 2006)
12                                       Geoffrey Spellberg
                                         Attorney for Defendants
13                                       NORTHERN CALIFORNIA POWER
                                         AGENCY and ARIZONA ELECTRIC
14                                       POWER COOPERATIVE

15                                      THOMPSON COBURN LLP

16

17   Dated:  June 14, 2006         By:   /s/  Bonnie S. Blair  (as authorized June 14,
                                         2006)
18                                       Bonnie S. Blair
                                         Attorney for Defendants
19                                       CITY OF ANAHEIM, CITY OF
                                         AZUSA,CITY OF BANNING and CITY OF
20                                       RIVERSIDE, CALIFORNIA

21                                      ANAHEIM CITY ATTORNEY'S OFFICE

22
     Dated:  June 14, 2006         By:   /s/  Moses W. Johnson, IV  (as authorized
23                                       June 14, 2006)
                                         Moses W. Johnson, IV
24                                       Attorney for Defendant
                                         CITY OF ANAHEIM
25

26

27

28

                                        6

DUNCAN & ALLEN

Dated:  June 14, 2006     By:  /s/  Jon R. Stickman  (as authorized June 14, 2006)

Jon R. Stickman
Attorney for Defendants
CITY OF BURBANK and TURLOCK
IRRIGATION DISTRICT

COOPER, PHILLIPS & PETERSON LLP

Dated:  June 14, 2006     By:  /s/  Robert M. Bruning  (as authorized June 14, 2006)

Robert M. Bruning
Attorney for Defendants
CITY OF GLENDALE and CITY OF
PASADENA

DUNCAN, WEINBERG, GENZER &
PEMBROKE, P.C.

Dated:  June 14, 2006     By:  /s/  Sean M. Neal  (as authorized June 14, 2006)

Sean N. Neal
Attorney for Defendants
MODESTO IRRIGATION DISTRICT and
CITY OF SANTA CLARA

JONES DAY

Dated:  June 14, 2006     By:  /s/  Peter G. McAllen  (as authorized June 14, 2006)

Peter G. McAllen
Attorney for Defendant
PUBLIC UTILITY NO. 2 OF GRANT
COUNTY

PILLSBURY WINTHROP SHAW
PITTMAN LLP

Dated:  June 14, 2006     By:  /s/  Benjamin L. Webster  (as authorized June 14, 2006)

Benjamin L. Webster
Attorney for Defendant
SACRAMENTO MUNICIPAL UTILITY
DISTRICT

1

                                       MCCARTHY & BERLIN LLP

2

3    Dated:  June 14, 2006          By:    /s/  Barry F. McCarthy  (as authorized June 14, 2006)

4                                           Barry F. McCarthy
                                           Attorney for Defendant
5                                           TURLOCK IRRIGATION DISTRICT

6                                         NIXON PEABODY LLP

7

8    Dated:  June 14, 2006          By:    /s/  Howard V. Golub (as authorized June 14, 2006)

9                                           Howard V. Golub
                                           Attorney for Defendants
10                                         CITY OF LOS ANGELES and LOS ANGELES DEPARTMENT OF WATER & POWER

11

12                                         CABLE HUSTON BENEDICT HAAGENSEN & LLOYD LLP

13

14   Dated:  June 14, 2006          By:    /s/  Carla S. Rhoden  (as authorized June 14, 2006)

15                                           Carla S. Rhoden
                                           Attorney for Defendant
16                                         EUGENE WATER & ELECTRIC BOARD

17                                         HELLER EHRMAN LLP

18

19   Dated:  June 14, 2006          By:    /s/  Maria L. Fiala  (as authorized June 14, 2006)

20                                             Marie L. Fiala
                                         Attorney for Plaintiff
21                                         PACIFIC GAS & ELECTRIC COMPANY

22                                         STEPTOE & JOHNSON LLP

23   Dated:  June 14, 2006          By:    /s/  Lawrence P. Riff  (as authorized June 14, 2006)

24                                             Lawrence P. Riff
                                         Attorney for Plaintiff
25                                         SOUTHERN CALIFORNIA EDISON COMPANY

26

27

28

CALIFORNIA ELECTRICITY
OVERSIGHT BOARD

Dated:  June 14, 2006          By:    /s/  Steven Russo  (as authorized June 14, 2006)
                                                    Steven Russo
                                                    Attorney for Plaintiff
                                                    CALIFORNIA ELECTRICITY
                                                    OVERSIGHT BOARD

HENNIGAN, BENNET & DORMAN, LLP

Dated:  June 14, 2006          By:    /s/  Laura Lindgren  (as authorized June 14, 2006)
                                                    Laura Lindgren
                                                    Attorney for Plaintiff
                                              SAN DIEGO GAS & ELECTRIC
                                                  COMPANY

## ORDER

The Court hereby amends its previous Briefing Order as follows:

1.     Remaining briefing on the Rule 12(b)(6) Motions shall be conducted according to the following schedule:

- Opposition briefs to be filed and served August 4, 2006; and
- Reply briefs to be filed and served September 15, 2006.

2.     Hearing on the Grant Personal Jurisdiction Motion and the Rule 12(b)(6) Motions shall be rescheduled and specially set for October 24, 2006 at 2:00 p.m. in Courtroom 3 of the above-entitled Court.

3.     This Order does not address the schedule for briefing of or hearing on the Subject Matter Jurisdiction Motions, and Plaintiffs, Turlock Irrigation District, City of Burbank, City of Los Angeles and Los Angeles Department of Water & Power are not deemed hereby to have waived any arguments regarding the appropriate scheduling for briefing and hearing on said Subject Matter Jurisdiction Motions.

4.     This Order does not address the schedule for briefing of or hearing on the Grant Stay Motion, nor the schedule for briefing of the Grant Personal Jurisdiction Motion, and Plaintiffs and Grant are not deemed hereby to have waived any arguments regarding said schedules.

5.      This Order does not address the schedule for briefing of any Rule 12 motions that may be brought by EWEB.  The briefing for all such motions shall be established under separate Stipulation and Order.


IT IS SO ORDERED.

DATED: June 28, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE