LAWRENCE P. RIFF (CA BAR NO. 104826)
JAY E. SMITH (CA BAR NO. 162832)
STEPTOE & JOHNSON LLP
633 West Fifth Street, Seventh Floor
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599
lriff@steptoe.com
jsmith@steptoe.com

Attorneys for Plaintiff
SOUTHERN CALIFORNIA EDISON COMPANY

[ADDITIONAL PARTIES AND COUNSEL
SHOWN ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Pacific Gas and Electric Company, Southern California Edison Company, California Electricity Oversight Board,<br><br>Plaintiffs,<br><br>　　　v.<br><br>Arizona Electric Power Cooperative; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; City of Los Angeles; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; Turlock Irrigation District,<br><br>Defendants. | No.: 2:06-cv-0559-MCE-KJM<br><br><br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RE MOTION OF DEFENDANT PUBLIC UTILITY DISTRICT NO. 2 OF GRANT COUNTY, WASHINGTON TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

San Diego Gas & Electric Company,

Plaintiff,

      v.

Arizona Electric Power Cooperative; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; City of Los Angeles; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District,

Defendants.

Case No.:  2:06-CV-00592-MCE-KJM

Plaintiffs and Defendant Public Utility District No. 2 of Grant County, Washington ("Grant"), by and through their attorneys of record, hereby stipulate and request the Court to enter an Order, as set forth below, to modify the deadlines for filing and service of the opposition and reply briefs regarding Grant's Motion to Dismiss for Lack of Personal Jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2). This Stipulation is based on the following facts:

1. On April 11, 2006, the parties filed a Stipulation and [Proposed] Order setting a proposed schedule for the briefing and hearing of certain preliminary motions in this matter, including motions challenging personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) ("Rule 12(b)(2)").

2. On April 12, 2006, the Court entered an Order pursuant to the stipulation of all parties, which established the following filing deadlines for Rule 12(b)(2) Motions: May 5, 2006 for Opening Briefs; June 16, 2006 for Opposition Brief(s); and July 7, 2006 for Reply Briefs. The Order applies in related case numbers 2:06:CV-00559-MCE-KJM and 2:06:CV-00592-MCE-KJM.

3. On May 5, 2006, Grant filed its Motion to Dismiss pursuant to Rule 12(b)(2).

4. Pursuant to the agreement of Plaintiffs and Grant, and a May 25, 2006 Order issued by Magistrate Judge Mueller, Plaintiffs have propounded discovery upon Grant by which Plaintiffs seek to develop evidence relevant to the question of whether this Court has personal jurisdiction over Grant.

5. Grant has also agreed to respond to Plaintiffs' Interrogatories and Requests for Admissions, and the parties anticipate that at least one witness affiliated with Grant County will be deposed after the production of documents and service of responses to the above-

3

referenced written discovery.

6.     On June 16, 2006, plaintiffs filed a "Notice of Pending Stipulated Modification of Briefing Schedule Re Motion of Defendant Public Utility District No. 2 of Grant County, Washington to Dismiss for Lack of Personal Jurisdiction." That notice was intended to advise the Court that the present stipulation was in the process of being negotiated.

7.     On June 28, 2006, the Court entered its Order Amending Briefing Schedule and Rescheduling Hearing (docket no. 195). This Order, based on the parties' stipulation, moved the <u>hearing date</u> on Grant's Rule 12(b)(2) motion to October 24, 2006 but noted (see p. 4, l. 27 to p. 5, l. 2) that the briefing schedule for the Rule 12(b)(2) motion would be addressed by way of this separate stipulation.

8.     In order to permit the parties to complete their jurisdictional discovery in an orderly manner, and subsequently complete the briefing on Grant's Rule 12(b)(2) motion, they hereby stipulate and request that the Court order that the Court's Order of April 12, 2006 be modified such that Plaintiffs' Opposition Brief(s) in the related cases shall be due on August 18, 2006 and Grant's Reply Brief shall be due on October 3, 2006.

IT IS SO STIPULATED:

JONES DAY

Dated: June 28, 2006          /s/  Peter G. McAllen (as authorized on June 28, 2006)
                             Peter G. McAllen
                             Erin L. Burke
                             Attorneys for Public Utility District No. 2 of Grant
                             County, Washington

HELLER EHRMAN LLP

Dated: June 28, 2006          /s/ Russell Cohen (as authorized on June 28, 2006)
                              Marie L. Fiala
                              Russell Cohen
                              Attorneys for Plaintiff Pacific Gas & Electric Co.


STEPTOE & JOHNSON LLP

Dated: June 28, 2006          /s/ Jay E. Smith
                              Lawrence P. Riff
                              Jay E. Smith
                              Attorneys for Plaintiff Southern California Edison Co.

CALIFORNIA ELECTRICITY OVERSIGHT BOARD

Dated: June 28, 2006          /s/ Steven Russo (as authorized on June 28, 2006)
                              Steven Russo
                              Attorney for Plaintiff California Electricity Oversight
                              Board


HENNIGAN, BENNET & DORMAN LLP

Dated: June 28, 2006          /s/ Laura Lindgren (as authorized on June 28, 2006)
                              Laura Lindgren
                              Attorneys for Plaintiff San Diego Gas & Electric
                              Company

///

///

///

///

///

///

///

5

1    IT IS HEREBY ORDERED that the briefing deadlines under the Court's April 12,

2  2006 Order are extended as follows: Plaintiffs' Opposition Brief(s) in response to Grant's

3  Rule 12(b)(2) Motion shall be due on August 18, 2006, and Grant's Reply Brief shall be due

4  on October 3, 2006.

5    DATED: August 7, 2006

6

7    _____

8    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28