

# United States District Court
### EASTERN DISTRICT OF CALIFORNIA

501 I STREET
SACRAMENTO, CA 95814-2322

(916) 930-4205

Fax (916) 930-4129

CHAMBERS OF
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

October 20, 2006

Marie L. Fiala
Heller & Ehrman
333 Bush Street
San Francisco, CA 94104

Benjamin L. Webster
Pillsbury Winthrop Shaw & Pittman
400 Capitol Mall, Suite 1700
Sacramento, CA 95814

Re: *Pacific Gas and Electric Co., et al. v. Arizona Electric Power Cooperative, Inc., et al.*, Case No. 2:06-cv-0559-MCE-KJM

*San Diego Gas & Electric Co. v. Arizona Electric Power Cooperative, Inc., et al.*, Case No. 2:06-cv-0592-MCE-KJM

Dear Counsel:

The Court is in receipt of your letters dated October 18, 2006 regarding the timing and format of argument for the October 24, 2006 hearing.

The parties should be prepared to discuss, for the majority (if not all) of the time, the merits of the Rule 12 (b)(1) Motion to Dismiss for Lack of Subject Matter Jurisdiction set forth in filings by Defendants City of Los Angeles and Los Angeles Department of Water and Power's, docket numbers 142 through 143, as well as referenced in filings by Defendants City of Burbank and Turlock Irrigation District, docket numbers 111 and 116, respectively.

Each side will present its position during the ninety minute time period allocated without interruption. Additional oral argument may be scheduled at the October 24, 2006 hearing.

Very Truly Yours,

Morrison C. England, Jr.
United States District Judge

MCE/sd