LAWRENCE P. RIFF 104826
JAY E. SMITH 162832
STEPTOE & JOHNSON LLP
633 West Fifth Street, Seventh Floor
Los Angeles, California 90071
Telephone: (213) 439-9400
Facsimile: (213) 439-9599

Attorneys for Plaintiff
SOUTHERN CALIFORNIA EDISON COMPANY

PILLSBURY WINTHROP SHAW PITTMAN LLP
MICHAEL S. HINDUS  88647
BENJAMIN L. WEBSTER  132230
400 Capitol Mall, Suite 1700
Sacramento, CA  95814-4419
Telephone:  (916) 329-4700
Facsimile:  (916) 441-3583

Attorneys for Defendant
SACRAMENTO MUNICIPAL UTILITY DISTRICT

[ADDITIONAL PARTIES AND COUNSEL SHOWN ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| Pacific Gas and Electric Company, Southern California Edison Company, California Electricity Oversight Board,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Electric Power Cooperative; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; City of Los Angeles; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; Turlock Irrigation District,<br><br>Defendants. | Case No.:  2:06-CV-00559-MCE-KJM<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING PARAGRAPH 4 OF APRIL 12, 2006 SCHEDULING ORDER** |

| | |
|---|---|
| San Diego Gas & Electric Company, | Case No.: 2:06-CV-00592-MCE-KJM |
| Plaintiff, | |
| v. | |
| Arizona Electric Power Cooperative; City of Anaheim; City of Azusa; City of Banning; City of Burbank; City of Glendale; City of Pasadena; City of Riverside; City of Santa Clara; City of Seattle; City of Vernon; Eugene Water and Electric Board; City of Los Angeles; Modesto Irrigation District; Northern California Power Agency; Public Utility District No. 2 of Grant County; Sacramento Municipal Utility District; Salt River Project Agricultural Improvement and Power District; and Turlock Irrigation District, | |
| Defendants. | |

Plaintiffs and Defendants hereby stipulate and request the Court to enter an Order, as set forth below, modifying the deadline for the parties to confer and to perform all related obligations under Federal Rule of Civil Procedure ("FRCP") 26(f).

Whereas, on April 11, 2006, the parties filed a Stipulation and [Proposed] Order setting a proposed schedule for the briefing and hearing of certain preliminary motions in this matter, which Stipulation also addressed certain other procedural issues such as the timing of the parties' obligations under FRCP 26(f);

Whereas, on April 12, 2006, the Court entered an Order pursuant to the parties' Stipulation [Docket No. 45], which provides at Paragraph 4 that "[t]he Rule 26(f) conference and all related obligations are to be postponed until 60 days following the hearing on the above-referenced motions, or to a later date to be negotiated by counsel and approved by the Court.";

Whereas, on October 24, 2006, the Court held a hearing on two of the many preliminary motions filed by some of the Defendants in the two related actions, and those two motions remain under submission;

Whereas, the Court has not scheduled oral argument on any of the Defendants' remaining preliminary motions; and

Whereas, Plaintiffs and Defendants wish to modify the manner of calculation of the deadline by which they must confer and take other actions under FRCP 26(f).

Therefore, the parties hereby stipulate and request the Court enter an order pursuant to Local Rule 6-144 modifying Paragraph 4 of the Court's April 12, 2006 Order [Docket No. 45] as follows: Plaintiffs and Defendants agree that the Rule 26(f) conference and all related obligations are to be postponed until 60 days following the Court's entry of its final order(s) on all currently pending preliminary motions.

IT IS SO STIPULATED:

PILLSBURY WINTHROP SHAW PITTMAN LLP

Dated: December 12, 2006.

/s/  Benjamin L. Webster (as authorized on December 12, 2006 by counsel for all Defendants)
Benjamin L. Webster
Attorneys for Sacramento Municipal Utility District, on its behalf and on behalf of all Defendants acting as Liaison Counsel for purposes of this stipulation and proposed order

HELLER EHRMAN LLP

Dated: December 12, 2006.

/s/ Russell Cohen (as authorized on December 12, 2006)
Marie L. Fiala
Russell Cohen
Attorneys for Plaintiff Pacific Gas & Electric Co.

STEPTOE & JOHNSON LLP

Dated: December 12, 2006.

/s/ Jay E. Smith (as authorized on December 12, 2006)
Lawrence P. Riff
Jay E. Smith
Attorneys for Plaintiff Southern California Edison Co.

CALIFORNIA ELECTRICITY OVERSIGHT BOARD

Dated: December 12, 2006.

/s/ Steven Russo (as authorized on December 12, 2006)
Steven Russo
Attorney for Plaintiff California Electricity Oversight Board

1

HENNIGAN, BENNET & DORMAN LLP

2

Dated: December 12, 2006.        /s/ Laura Lindgren (as authorized on December 12, 2006)

3                                 Laura Lindgren, Attorneys for San Diego Gas & Electric, Co.

4

THE COURT HEREBY ADOPTS THE STIPULATION OF THE PARTIES AS AN

ORDER OF THE COURT.

5

6

DATED: December 15, 2006

7

_____

8

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28